**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARIE A. SPEERY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-7915-LMA-SS** |
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, et al** | |

## O R D E R

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendants, Liberty Mutual Fire Insurance Company ("Liberty Mutual") and the Chardonnay Village Condominium Association ("CVCA"), to enforce settlement agreement (Rec. doc. 182) is GRANTED and the complaint of the plaintiff, Marie A. Sperry ("Sperry"), is dismissed with prejudice.

IT IS FURTHER ORDERED that:

1. By certified mail, return receipt requested, Liberty Mutual and CVCA shall send Sperry releases in one package. A self-addressed stamped envelope will be enclosed for Sperry's use in returning the signed releases.

2. Sperry shall sign the releases and return them in the self-addressed stamped envelope.

3. Upon receipt of the signed releases, Liberty Mutual shall send Sperry a check payable to her in the amount of $20,000, and CVCA shall send her a check payable to her in the amount of $5,000. The checks shall be sent via certified mail, return receipt requested, in one

package.

4. If the certified mail containing the releases is not claimed by Sperry within twenty-one (21) calendar days or if she does not return the signed releases within the same deadline, Liberty Mutual and CVCA shall file a motion to deposit the funds in the Court's registry.

New Orleans, Louisiana, this  30th  day of November, 2009.

Lance M. Africk
United States District Judge